IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BLUE CROSS & BLUE SHIELD OF**                                          **PLAINTIFF/**
**MISSISSIPPI, A MUTUAL INSURANCE COMPANY**      **COUNTER-DEFENDANT**

**VS.**                                                                            **CIVIL ACTION NO. 3:22-cv-58-DPJ-FKB**

                                                                                                           **DEFENDANT/**
**COAST DIAGNOSTICS, LLC**                                             **COUNTER-PLAINTIFF**

**JOINT MOTION TO STAY DEADLINES
<u>PENDING CONCLUSION OF SETTLEMENT CONFERENCE</u>**

Plaintiff Blue Cross & Blue Shield of Mississippi, A Mutual Insurance Company ("Blue Cross") and Defendant Coast Diagnostics, LLC ("Coast") jointly move this Court to stay all deadlines in this civil action pending the conclusion of the Court-ordered early settlement conference scheduled for December 2, 2022. In support the parties state as follows:

1. Blue Cross filed its Complaint to enforce an alleged settlement agreement between the parties on February 7, 2022. [Dkt. 1]. Coast filed its Motion to Dismiss [Dkt. 8] and accompanying Memorandum of Authorities [9] on March 31, 2022, and the parties' briefing on the Motion was concluded on April 21, 2022. Magistrate Judge Ball conducted the case management conference with the parties on May 27, 2022, and entered the Case Management Order on June 1, 2022, establishing case deadlines. [Dkt. 14].

2. On July 5, 2022, the District Court entered its Order denying Coast's Motion to Dismiss. [Dkt. 19]. Judge Jordan's order concluded by ordering the parties to participate in early mediation efforts, stating:

> Finally, the Court notes that this case is a strong candidate for early resolution. Therefore, before the parties engage in discovery, they are instructed to set the case for mediation or settlement conference and provide a status report to the Court regarding the setting no later than July 15, 2022.

*Id*. at 6.  In accordance with the Court's instructions, the parties scheduled the earliest date available on Judge Ball's settlement conference docket on which counsel for the parties could participate – December 2, 2022.

3. On July 19, 2022, Coast filed its Answer, Affirmative Defenses and Counterclaim against Blue Cross. [Dkt. 20].  As a result of the Court's August 10, 2022, text order, Blue Cross' responsive pleading is currently due on or before August 30, 2022.

4. Counsel for Blue Cross has advised Coast's counsel that Blue Cross intends to file a motion to dismiss the counterclaim, which will result in additional briefing by the parties, and consideration and a ruling by the Court, all of which may be unnecessary if the parties resolve their disputes at the Court-ordered early settlement conference, or sooner.  Furthermore, the Case Management Order establishes deadlines for the parties to designate experts of October 3, 2022 and November 2, 2022, to complete discovery by January 20, 2023, and to file dispositive and *Daubert*-type motions by February 3, 2023, among others.

5. In light of the District Court's order to complete an early settlement conference before proceeding with discovery, the parties jointly seek to stay all deadlines in the case pending completion of the early settlement conference.  The parties' believe the spirit of Judge Jordan's order was to require them to work in good faith to settle their disputes before proceeding further with the litigation, not just to refrain from conducting discovery, and Judge Jordan could not have known Coast would later file a counterclaim or that Blue Cross intended to move to dismiss it.  As a matter of judicial economy and to preserve judicial and the parties' resources, and in keeping with the spirit of Judge Jordan's order, the parties request the Court to stay all current deadlines, including the deadline for Blue Cross to file its responsive pleading to Coast's counterclaim, and all deadlines in the Case Management Order, pending conclusion of the Court-ordered settlement

conference on December 2, 2022.  The parties submit that if the settlement conference does not result in resolution of the parties' disputes, Judge Ball can set new deadlines at its conclusion.

6. This motion is not being made for purposes of delay, but in the interest of justice, efficiency and judicial economy.

ACCORDINGLY, Blue Cross and Coast jointly request that the Court enter an order staying all deadlines in the case pending conclusion of the Court-ordered early settlement conference, including the deadline for Blue Cross to file a responsive pleading to the counterclaim and all deadlines set in the Case Management Order.  The parties request such other relief as the Court deems just and proper.

Dated: August 24, 2022.

Respectfully Submitted,

**BLUE CROSS & BLUE SHIELD OF MISSISSIPPI, A MUTUAL INSURANCE COMPANY**

By: */s/ James A. McCullough, II*
   One of Its Attorneys

Of Counsel:

**BRUNINI, GRANTHAM, GROWER & HEWES, PLLC**
James A. McCullough II (MSB No. 10175)
jmccullough@brunini.com
Karen E. Howell (MSB No. 102243)
khowell@brunini.com
L. Kyle Williams (MSB No. 105182)
kyle.williams@brunini.com
Post Office Drawer 119
Jackson, Mississippi  39205
The Pinnacle Building
190 East Capitol Street, Suite 100
Jackson, Mississippi  39201
Telephone:  (601) 948-3101
Telecopier:  (601) 960-6902

**COAST DIAGNOSTICS, LLC**

By: */s/ Benjamin M. Watson*
One of Its Attorneys

Of Counsel:

**BUTLER SNOW LLP**
Benjamin M. Watson, MSB 100078
*ben.watson@butlersnow.com*
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Tel. (601) 948-5711

**THE DICKERSON LAW GROUP, P.A.**
Brian E. Dickerson (*Admitted Pro Hac Vice*)
*bdickerson@dickerson-law.com*
6846 Trail Boulevard
Naples, FL 34108
Tel.: (202) 570-0248

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and accurate copy of the foregoing was electronically transmitted to the Clerk of the Court using the ECF System for filing which delivered notice of same to all counsel of record.

Dated:  August 24, 2022.

*James A. McCullough, II*
James A. McCullough, II